UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Bricklayers Fringe Benefit Funds,

Plaintiff,

v.

Steenberg-Watrud Construction and Steven Watrud,

Defendants.

Civil No. 00-12·3 JRT/FLN

PRETRIAL SC:IEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure a.id the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive deterni ination of this action, the following schedule shall govern this proceeding. The schedule n ay be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by September 15, 2000.

b. All discovery shall be commenced in time to be completed by December 1, 2000.

c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

d. No more than 25 Requests for Admission shall be ser ved by any party.

e. No more than 25 Document Requests shall be served by any party.

f. No more than 5 non-expert depositions shall be taken by any party.

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2000. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Dispositive Motions:

a. All dispositive motions shall be filed prior to February 1, 2001.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

3. Trial

a. This case shall be ready for trial no later than April 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last one trial day.

DATED: Sept 11, 2000.

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge