UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * *

The Trustees of the Twin City Bricklayers Fringe Benefit Funds,

Plaintiffs,

vs.

Steenberg-Watrud Construction, LLC, a Minnesota Limited Liability Company, d/b/a Steenberg-Watrud Construction Company, Inc.; and Steven Watrud,

Defendants.

Civil File No. 0:00CV 1243 JRT/FLN

**STIPULATION TO AMEND THE PRE-TRIAL SCHEDULE**

* * * * * * * * * * * * * * * * * * * * *

WHEREAS, the parties have been discussing settlement and wish to conclude those settlement discussions prior to incurring the expense of completing discovery; and

WHEREAS, the Pre-Trial Order establishes a discovery cutoff of December 1, 2000; and

WHEREAS, the parties wish to extend the discovery cutoff and the date by which non-dispositive motions must be served by January 15, 2001; and

WHEREAS, extending the discovery cutoff and the date for filing non-dispositive motions until January 15, 2001 will not interfere with the other dates established by the Pre-Trial Order.

NOW, THEREFORE, the parties hereby stipulate, and agree that the Court may

FILED DEC 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

NOV.30.2000 4:03PM COLEMAN HULL & VAN VLIET NO.695 P.3
Received: 11/30/00 14:55; 612 841 0041 -> Rosene, Haugrud & Staab Charter; Page 3

extend the discovery cutoff and the date by which non-dispositive motions must be served to January 15, 2001.

COLEMAN, HULL & VAN VLIET, PLLP

11/30, 2000.

By [signature]
William D. Hull (#47995)
8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, Minnesota 55437
(612) 841-0001
*Attorneys for Defendants*

ROSENE, HAUGRUD & STAAB, CHARTERED

11/30, 2000.

By [signature]
Andrew E. Staab (#204705)
386 North Wabasha Street
Suite 1250
St. Paul, Minnesota 55102-1300
(651) 227-6621
*Attorneys for Plaintiff*

**ORDER**

Based upon the stipulation of the parties and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. The pre-trial schedule shall be amended to provide as follows:

   a. All discovery shall be commenced in time to be completed by January 15, 2001.



NOV.30.2000 4:03PM COLEMAN HULL & VAN VLIET NO.695 P.4
Received: 11/30/00 14:55; 612 841 0041 -> Rosene, Haugrud & Staab Chartered; Page 4

b. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by January 15, 2001.

2. All other previsions of the Pre-Trial Schedule shall remain the same.

BY THE COURT:

Dated: Dec. 6, 2000

Franklin L. Noel, Chief Magistrate Judge

*vk/wdh/court/steenberg8_stip to amend pretrial schedule*



NOV.30.2000 4:04PM COLEMAN HULL & VAN VLIET NO.695 P.5
Received: 11/30/00 14:5E; 612 841 0041 -> Rosene, Haugrud & Staab Charter; Page 5