# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

The Trustees of the Twin City Bricklayers
Fringe Benefit Funds,

Plaintiffs,

Civil File Number: 00-1243 JRT/FLN

vs.

**STIPULATION FOR DISMISSAL AND ORDER**

Steenberg-Watrud Construction, LLC, a Minnesota Limited Liability Company, d/b/a
Steenberg-Watrud Construction Company, Inc., and
Steven Watrud,

Defendants.

---

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That Plaintiffs commenced this action against Defendants to collect allegedly unpaid fringe benefit contributions.

2. That the parties herein have reached agreement with respect to settling their differences, and the terms of their settlement agreement are stated in a separate Settlement Agreement and Release.

3. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement.

JAN 16 2001

Dated: December 7, 2000

ROSENE, HAUGRUD & STAAB, CHARTERED

Andrew E. Staab
Attorneys for Plaintiffs
386 North Wabasha Street, Suite 1250
St. Paul, MN 55102-1300
(651) 227-6621
Attorney Registration #204705

Dated: December 20, 2000

COLEMAN, HULL & VAN VLIET, PLLP

William D. Hull
Attorneys for Defendants
8500 Normandale Lake Blvd.
Suite 2110
Minneapolis, MN 55437
(952) 841-0001
Attorney Registration #47995

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Jan. 16, 2001

Dated: December _____, 2000

John R. Tunheim
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.42 Steenberg-Watrud\Docs\Stip Settle.doc
paw